IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BUWLUS A. MUHAMMAD, )
        Plaintiff, )
v. ) C.A. No. 07-27 Erie
)
U.S. MARSHAL SERVICE, et al, )
        Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on February 22, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on October 9, 2007, recommended that Defendant Kinnane's Motion to Dismiss (Doc. #18) be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at the Erie County Prison, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 6th Day of November, 2007;

IT IS HEREBY ORDERED that the Defendant Kinnane's Motion to Dismiss (Doc. #18) is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated October 9, 2007, is adopted as the opinion of the court.

                                              MAURICE B. COHILL, JR.
                                              United States District Judge

cc:     Susan Paradise Baxter
         U.S. Magistrate Judge

         all parties of record _____